# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SITO MOBILE R&D IP, LLC, and SITO MOBILE, LTD., <br><br>    Plaintiffs, <br><br> v. <br><br> FLOSPORTS, INC., <br><br>    Defendant. | Case No. 6:20-cv-00471 <br><br> Jury Trial Demanded |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant FloSports, Inc. states that it is a privately held corporation and has no parent corporation. No publicly held company owns ten percent or more of FloSports, Inc.'s stock.

Dated: August 10, 2020

Respectfully submitted,

By: */s/ Brian K. Erickson*
John M. Guaragna
john.guaragna@dlapiper.com
Texas Bar No. 24043308
Brian K. Erickson
brian.erickson@dlapiper.com
Texas Bar No. 24012594
**DLA PIPER LLP (US)**
401 Congress Avenue, Suite 2500
Austin, TX 78701-3799
Tel: 512.457.7000
Fax: 512.457.7001

*ATTORNEYS FOR DEFENDANT FLOSPORTS, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record. Any other counsel of record will be served by first class U.S. mail.

*/s/ Brian K. Erickson*
Brian K. Erickson