# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| SITO MOBILE R&D IP, SITO MOBILE, LTD. | § § § | NO: WA:20-CV-00471-ADA |
| vs. | § § § | |
| FLOSPORTS, INC., FLOSPORTS, INC., SITO MOBILE R&D IP, SITO MOBILE, LTD. | | |

### ORDER RESETTING TELEPHONIC SCHEDULING CONFERENCE

The Court hereby sets and directs the parties, or counsel acting on their behalf, to appear by phone for a telephone conference on September 08, 2020 at 01:30 PM . Please call (866) 434-5269 with access code 9678090 to be included in the hearing.

**SIGNED** on **31st day of August, 2020**.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE