IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

Waco

| | |
|---|---|
| SITO MOBILE R&D IP, LLC AND SITO MOBILE, LTD. <br><br> vs. <br><br> FLOSPORTS, INC. | § § § § § § § § § § § |

Case No. 6:20-cv-471-ADA

## NOTICE OF CHANGE OF ADDRESS

TO THE HONORABLE JUDGE OF SAID COURT:

The undersigned attorney files this Notice of Change of Address and requests that the Court's docket in the above-styled cause be updated accordingly.

My new address is as follows:

| | |
|---|---|
| Firm | DAIGNAULT IYER LLP |
| Street | 8200 Greensboro Drive |
| | Suite 900 |
| City, State, Zip | Mclean, VA 22102 |
| Telephone/Fax | 571-287-0986 |
| State Bar # | 90891 - VA |

Respectfully submitted,

*Stephanie Mandir*

Stephanie R. Mandir

The **Change of Address Form** should be **completed** and **electronically filed in active case(s) only**. For questions, please contact the help desk at: txwd_ecf_help@txwd.uscourts.gov