# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SITO MOBILE R&D IP, LLC, and<br>SITO MOBILE, LTD.,<br><br>    Plaintiffs,<br><br>v.<br><br>FLOSPORTS, INC.,<br><br>    Defendant. | Case No. 6:20-cv-00471-ADA<br><br>Jury Trial Demanded |

## UNOPPOSED MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

  FloSports, Inc. files this Unopposed Motion to Stay All Deadlines and Notice of Settlement and respectfully moves this Court to stay all unreached deadlines for thirty (30) days.

  The parties have reached a settlement in principle resolving all matters in controversy between the parties in the above-referenced action and are in the process of finalizing the settlement. On January 27, 2021, FloSports filed an Unopposed Motion to Stay and Notice of Settlement seeking a stay of all deadlines in this matter for thirty days while the parties worked to finalize their agreement. (Dkt. 25) The Court granted the motion, ordering that all case deadlines are stayed for thirty days from February 1, 2021.

  Although significant progress has been made, the parties request that the Court extend the stay of all unreached case deadlines applicable between the parties for an additional thirty (30) days to allow them to complete settlement documents and so the appropriate dismissal papers may be submitted to dismiss all claims in this action.

Dated:  March 8, 2021	Respectfully submitted,

	*/s/ John M. Guaragna*
	John M. Guaragna
	Texas Bar No 24043308
	Brian K. Erickson
	Texas Bar No. 24012594
	**DLA PIPER LLP (US)**
	401 Congress Avenue, Suite 2500
	Austin, TX  78701-3799
	Tel: 512.457.7125
	Fax: 512.457.7001
	john.guaragna@dlapiper.com
	brian.erickson@dlapiper.com

	***ATTORNEYS FOR DEFENDANT FLOSPORTS, INC.***

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(i), counsel for FloSports, Inc. has conferred with counsel for Plaintiffs, and Plaintiffs agree to the relief requested in the instant Motion.

	*/s/ John M. Guaragna*
	John M. Guaragna

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically on March 8, 2021, pursuant to Local Rule CV-5(a) and has been served on all counsel whom have consented to electronic service.  Any other counsel of record will be served by first class U.S. mail on this same date.

	*/s/ John M. Guaragna*
	John M. Guaragna