UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SITO MOBILE R&D IP, LLC and SITO MOBILE, LTD.<br><br>                    Plaintiffs,<br><br>v.<br><br>FLOSPORTS, INC.,<br><br>                    Defendant. | Case No. 6:20-cv-00471<br><br>JURY TRIAL DEMANDED |

## STIPULATION AND DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED** by Plaintiffs, SITO Mobile R&D IP, LLC and SITO Mobile, Ltd. and Defendant, FloSports, Inc. (collectively, the "Parties"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and further to an executed settlement and patent license agreement between the Parties, that all Plaintiffs' claims in the above-captioned action are dismissed with prejudice, that all Defendant's counterclaims in the above-captioned action are dismissed with prejudice, with each party to bear its own costs and expenses relating to this litigation (including attorney and expert fees and expenses).

Dated: April 29, 2021

Respectfully submitted,

*/s/John Guaragna*
John M. Guaragna
Texas State Bar No. 24043308
Brian K. Erickson
Texas State Bar No. 24012594
DLA PIPER LLP
303 Colorado Street
Suite 3000
Austin, Texas 78701-4653

*/s/Raymond W. Mort, III*
Raymond W. Mort, III
Texas State Bar No. 00791308
THE MORT LAW FIRM, PLLC
100 Congress Avenue, Suite 2000
Austin, Texas 78701
T:/F: 512-865-7950
raymort@austinlaw.com

1

T: 512-457-7000
F: 512-457-7001
john.guaragna@dlapiper.com
brian.erickson@dlapiper.com

Attorneys for Defendant
*FloSports, Inc.*

Of counsel:

Ronald M. Daignault (*pro hac vice*)*
Chandran B. Iyer (*pro hac vice*)
Jason S. Charkow (*pro hac vice*)*
Stephanie R. Mandir (*pro hac vice*)
DAIGNAULT IYER LLP
8618 Westwood Center Drive
Suite 150
Vienna, VA 22182
rdaignault@daignaultiyer.com
cbiyer@daignaultiyer.com
jcharkow@daignaultiyer.com
smandir@daignaultiyer.com
*Not admitted in Virginia*

Attorneys for Plaintiffs
*SITO Mobile R&D IP, LLC and SITO Mobile, Ltd.*